NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHEMI S.P.A, LORENZO DE FERRA, AND PIETRO MASSARDO,**
*Appellants,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

**and**

**FIDIA FARMACEUTICI S.P.A.,**
*Appellee.*

---

2010-1514

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000, 138.

---

**JUDGMENT**

---

ROBERT S. SILVER, Caesar, Rivise, Bernstein, Cohen & Pokotilow, LTD, of Philadelphia, Pennsylvania, for

appellants. With him on the brief was JOSEPH F. MURPHY.

RAYMOND T. CHEN, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, for appellee. With him on the brief were ROBERT J. MCMANUS and NATHAN K. KELLY, Associate Solicitors.

EUGENE T. C. PEREZ, Birch, Stewart, Kolasch & Birch, LLP, of Falls Church, Virginia, argued for appellee Fidia Farmaceutici S.P.A. With him on the brief was MARYANNE ARMSTRONG.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, MAYER, and GAJARSA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 8, 2011          /s/ Jan Horbaly
     Date                    Jan Horbaly
                                  Clerk